No. 76–1114. CALIFORNIA ET AL. v. SOUTHLAND ROYALTY CO. ET AL.;

No. 76–1133. EL PASO NATURAL GAS CO. v. SOUTHLAND ROYALTY CO. ET AL.; and

No. 76–1587. FEDERAL POWER COMMISSION v. SOUTHLAND ROYALTY CO. ET AL. C. A. 5th Cir. [Certiorari granted, 433 U. S. 907.] Motions of Associated Gas Distributors and Public Service Commission of New York for leave to file briefs as *amici curiae* granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 76–1359. BANKERS TRUST CO. v. MALLIS ET AL. C. A. 2d Cir. [Certiorari granted, 431 U. S. 928.] Motion of New York Clearing House Assn. for leave to file a brief as *amicus curiae* granted.

No. 76–1427. McDANIEL v. PATY ET AL. Sup. Ct. Tenn. [Probable jurisdiction noted, 432 U. S. 905.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 76–1450. LANDMARK COMMUNICATIONS, INC. v. VIRGINIA. Appeal from Sup. Ct. Va. [Probable jurisdiction noted, 431 U. S. 964.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 76–6372. QUILLOIN v. WALCOTT ET VIR. Appeal from Sup. Ct. Ga. [Probable jurisdiction noted, 431 U. S. 937.] Motion of appellees to permit Thomas F. Jones, Esquire, to present oral argument *pro hac vice* granted.

No. 76–6513. BELL v. OHIO. Sup. Ct. Ohio. [Certiorari granted, 433 U. S. 907.] Motion of American Civil Liberties Union of Ohio Foundation, Inc., for leave to file a brief as *amicus curiae* granted.